|   |   |
|---|---|
| 1 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | Jason D. Russell (SBN 169219)<br>Jason.Russell@skadden.com |
| 3 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144 |
| 4 | Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jason D. Russell (SBN 169219)
Jason.Russell@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Anthony J. Dreyer (admitted *pro hac vice*)
Anthony.Dreyer@skadden.com
Ryan P. Bisaillon (admitted *pro hac vice*)
Ryan.Bisaillon@skadden.com
Eliza S. Edlich (admitted *pro hac vice*)
Eliza.Edlich@skadden.com
One Manhattan West
New York, New York 10001-8602

*Attorneys for Plaintiff*
*WCM Investment Management, LLC*

RIMON, P.C.
Mark Steven Lee (SBN 94103)
Mark.Lee@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 310-561-5776
Facsimile: 310-561-5776

*Attorney for Defendant*
*WCM Global Wealth, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WCM INVESTMENT MANAGEMENT, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WCM GLOBAL WEALTH, LLC,<br><br>　　Defendant. | CASE NO.: 8:23-cv-00715-MRA-ADS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Mónica Ramírez Almadani |

JOINT STIPULATION

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned parties, that the above-captioned action against all Defendants is hereby dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and respective attorneys' fees.

DATED: July 2, 2024          Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:  /s/ Jason D. Russell
     Jason D. Russell (SBN 169219)

*Attorneys for Plaintiff*

DATED: July 2, 2024

**RIMON PC**

By:  /s/ Mark S. Lee
     Mark Steven Lee (SBN 94103)

*Attorneys for Defendant*

## E-FILING ATTESTATION

I, Jason D. Russell, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule L.R. 5-4.3.4(a)(2)(i), I hereby attest that each of the signatories identified above has concurred in this filing.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Jason D. Russell
Jason D. Russell (SBN 169219)

*Attorney for Plaintiff*

DATED: July 2, 2024